# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00719-CV

### In re Martin Aleman

### ORIGINAL PROCEEDING FROM COMAL COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed:  December 11, 2014

---

[1]  *See* Tex. R. App. P. 52.8(a).